

# NUMBER 13-11-00339-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

**WELLINGTON, VIADUCT AND WELLINGTON, INC., A DISSSOLVED CORPORATION, ATLANTIC SUWANEE RIVER AND GULF RAILROAD COMPANY, TRUSTEE, INTERVENOR AND ASSIGNOR, A DISSOLVED CORPORATION,**                Appellants,

**v.**

**JOHN S. MCCAMPBELL TRUST, JEAN MCCAMPBELL DAVIS TRUST, FOUR FAMILY TRUST (COMPASS BANK TRUSTEE),**                Appellees.

---

### On appeal from the 36th District Court
### of San Patricio County, Texas.

---

## MEMORANDUM OPINION

### Before Justices Rodriguez, Vela, and Perkes
### Memorandum Opinion Per Curiam

Appellants, Wellington, Viaduct and Wellington, Inc., a Dissolved Corporation,

Atlantic Suwanee River and Gulf Railroad Company, Trustee, Intervenor and Assignor, a

Dissolved Corporation, filed an appeal from a judgment rendered against them in favor of appellees. On August 9, 2011, the Clerk of this Court notified appellants that the clerk's record in the above cause was originally due on August 9, 2011, and that the deputy district clerk, Ernestina Roblez, had notified this Court that appellants failed to make arrangements for payment of the clerk's record. The Clerk of this Court notified appellants of this defect so that steps could be taken to correct the defect, if it could be done. *See* TEX. R. APP. P. 37.3, 42.3(b),(c). Appellants were advised that, if the defect was not corrected within ten days from the date of receipt of this notice, the appeal would be dismissed for want of prosecution. The notice was sent to appellants' address by certified mail return receipt requested; however, the certified mail was returned as unclaimed and unable to forward. Subsequently, the Clerk of the Court sent the notice to appellants by regular mail on September 7, 2011.

On September 7, 2011, the Clerk of the Court notified appellants that they were delinquent in remitting a $175.00 filing fee. The Clerk of this Court notified appellants that the appeal was subject to dismissal if the filing fee was not paid within ten days from the date of receipt of this letter. *See id.* 42.3(b),(c).

Appellants have failed to respond to this Court's notices and have failed to pay the filing fee. Accordingly, the appeal is DISMISSED FOR WANT OF PROSECUTION. *See* TEX. R. APP. P. 42.3(b), (c).

PER CURIAM

Delivered and filed the 13th
day of October, 2011.

2